# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

GLORY ANNA JOHNSON,

    **Plaintiff,**

 v.                                       Case No. 22-CV-1021

JANE DOE, *et al.*,

    **Defendants.**

## ORDER

On February 21, 2023, the court screened *pro se* plaintiff Glory Anna Johnson's amended complaint and allowed to proceed on claims against John and Jane Doe defendants. (ECF No. 12.) The court named Shawno County Jail Administrator Troy Beyer as a defendant for the limited purpose of assisting Johnson in identifying the Doe defendants. The court gave Johnson 60 days from the date that Beyer's attorney filed a notice of appearance to file a motion identifying the real names of the Doe defendants. The court cautioned Johnson that failing to timely identify the Doe defendants would result in dismissal of her case.

Beyer's attorney filed a notice of appearance on April 11, 2023, setting Johnson's deadline to identify the Doe defendants as June 11, 2023. On June 20, 2023, Beyer filed a motion to dismiss because Johnson had not served discovery on him to learn the identity of the Doe defendants. (ECF No. 17.) On June 28, 2023,

Johnson filed a response to the motion explaining that she wrote Beyer and received no response. (ECF No. 18.)

The court notes that in its screening order, (ECF No. 12 at 4-5), it explained what Johnson must do to successfully identify the Doe defendants. Johnson must use the discovery process and serve interrogatories or document requests on Beyer, and she must do so by sending them to Beyer's attorney, not directly contacted Beyer herself. She also must limit the nature of her requests solely to finding out who the Doe defendants are and may not discuss any other topic.

The court will give Johnson one final opportunity to identify the Doe defendants. She must identify the Doe defendants by the deadline below. Failure to do so will result in the court granting Beyer's motion to dismiss the case and dismissing the case.

**THEREFORE, IT IS ORDERED** that Johnson must file a motion identifying the real names of the Doe defendants by **September 18, 2023.** Failure to do so by the deadline will result in the court granting Beyer's motion to dismiss and dismissal of the case.

Dated at Milwaukee, Wisconsin this 19th day of July, 2023.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge

2

Case 2:22-cv-01021-NJ   Filed 07/19/23   Page 2 of 2   Document 20