# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

GLORY ANNA JOHNSON,

    Plaintiff,

v.                                          Case No. 22-CV-1021

JANE DOE, *et al.*,

    Defendants.

## ORDER

On February 21, 2023, the court screened *pro se* plaintiff Glory Anna Johnson's amended complaint and allowed to proceed on claims against John and Jane Doe defendants. (ECF No. 12.) The court named Shawno County Jail Administrator Troy Beyer as a defendant for the limited purpose of assisting Johnson in identifying the Doe defendants. The court gave Johnson 60 days from the date that Beyer's attorney filed a notice of appearance to file a motion identifying the real names of the Doe defendants. The court cautioned Johnson that failing to timely identify the Doe defendants would result in dismissal of her case.

Beyer's attorney filed a notice of appearance on April 11, 2023, setting Johnson's deadline to identify the Doe defendants as June 11, 2023. To date, Johnson has not identified the Doe defendants. On June 20, 2023, Beyer filed a motion to dismiss. (ECF No. 17.) On July 19, 2023, the court gave Johnson one last opportunity

to identify the Doe defendants or file a letter explaining why she is unable to do so. (ECF No. 20.) The court warned Johnson that if she failed to identify the Doe defendants or file an explanatory letter by September 18, 2023, the court would grant Beyer's motion to dismiss and dismiss the case.

The September 18, 2023, deadline has passed and the court has not heard from Johnson. As such, the court will grant Beyer's motion to dismiss because Johnson has failed to prosecute the case. *See* Civ. L.R. 41(c).

**THEREFORE, IT IS ORDERED** that Beyer's motion to dismiss (ECF No. 17) is **GRANTED**. The case is **DISMISSED** for lack of prosecution. Judgment will be entered accordingly.

Dated at Milwaukee, Wisconsin this 26th day of September, 2023.

BY THE COURT:

NANCY JOSEPH
United States Magistrate Judge