# United States District Court

EASTERN DISTRICT OF WISCONSIN

**GLORY ANNA JOHNSON**,
        **Plaintiff,**

v.

**JANE DOE**, *et al.*,
        **Defendants.**

JUDGMENT IN A CIVIL CASE

Case No. 22-CV-1021

☑      **Decision by Court.** This action came on for consideration and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that Beyer's motion to dismiss is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** for lack of prosecution.

Approved: _____
NANCY JOSEPH
United States Magistrate Judge

Dated: September 26, 2023

GINA M. COLLETTI
Clerk of Court

*s Ross Miller*
(By) Deputy Clerk